UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MOHAMED FATHY SAID,

    Plaintiff,

v.                                    CASE NO. 8:22-cv-1498-WFJ-AEP

EGYPTIAN EMBASSY, *et al.*,

    Defendants.
_____/

## **ORDER**

This cause comes before the Court on Plaintiff's application to proceed *in forma pauperis* (Dkt. 2), Plaintiff's Motion to Dismiss Complaint as Incomplete (Dkt. 6), Plaintiff's Motion to Withdraw Motion to Dismiss (Dkt. 9), Plaintiff's Motion to Amend Complaint (Dkt. 10), and the complaint (Dkt. 1). The magistrate judge issued a report recommending *in forma pauperis* status and any further amendment of the complaint be denied. Dkt. 11. The time for filing objections has passed.

The Court reviews the legal conclusions *de novo* in the absence of an objection. *See LeCroy v. McNeil*, 397 F. App'x 554, 556 (11th Cir. 2010) (citation omitted); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994). The magistrate judge, in a thorough analysis, found that the complaint (Dkt. 1) does not

state a claim for relief in this federal court because the factual allegations are baseless and the legal theories without merit.

The Court agrees that "Plaintiff has failed to present any justiciable and non-frivolous claim and a nearly identical cause of action has already been dismissed in this District." Dkt. 11 at 7; *Said v. Egyptian Ministry of Interior, et al.*, No. 8:22-cv-1532-TPB-SPF. As noted, any further attempts to amend would be futile. *Id.* For the reasons explained by the magistrate judge, and in conjunction with an independent examination of the file, the Court concludes that the report and recommendation (Dkt. 11) should be adopted as part of this order, confirmed, and approved in all respects. Accordingly, the Court rules as follows:

1. The report and recommendation (Dkt. 11) is adopted, confirmed, and approved in all respects and made a part of this order.

2. Plaintiff's motion to proceed *in forma pauperis* (Dkt. 2) is denied.

3. Plaintiff's motion to amend (Dkt. 10) is denied.

4. All other pending motions (Dkts. 6, 9) are denied as moot.

5. The Clerk is directed to close the case.

**DONE AND ORDERED** in Tampa, Florida, on November 15, 2022.

*s/William F. Jung*
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Plaintiff, *pro se*